UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOANNE REYES, *individually and on behalf of all others similarly situated*,

                  Plaintiff,

-against-                                22 **CIVIL 6722** (KMK)

**JUDGMENT**

UPFIELD US INC.,

                  Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's opinion & Order dated March 12, 2025, Defendant's Motion is granted. Accordingly, the case is closed.

**Dated:** New York, New York

       March 12, 2025

                                               **TAMMI M HELLWIG**
                                                **Clerk of Court**

                      **BY:**

                                                 **Deputy Clerk**